UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, a municipality<br><br>Defendant. | CASE NO.  1:12-cv-02027-LJO-SKO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

**WHEREAS**, the California Sportfishing Protection Alliance (CSPA) filed its complaint (Docket No. 1) in the above-captioned case on December 13, 2013;

**WHEREAS**, the City Modesto (City) waived the service of the summons and complaint (Docket No. 11) on April 5, 2013;

**WHEREAS**, the deadline for the City's responsive pleading to CSPA's complaint is June 3, 2013;

**WHEREAS**, the parties are currently engaged in settlement discussions and are in the process of negotiating specific settlement terms that would resolve this matter in its entirety.

**WHEREAS**, the parties agree that an extension of time for the City to respond to CSPA's complaint is in the interests of judicial and financial economy; and

**WHEREAS**, there have been no previous extensions of time in this case.

**THEREFORE, IT IS HEREBY STIPULATED** by and between CPSA and the City, through their respective counsel of record, that the City shall have an extension of sixty (60) days

to and including August 2, 2013, within which to respond to CSPA's complaint.  The parties enter this stipulation pursuant to Civil Local Rule 144.

SOMACH SIMMONS & DUNN
A Professional Corporation

Dated:  June 3, 2013                     By:    /s/ Kanwarjit S. Dua as authorized on 6/3/13
                                                Kanwarjit S. Dua,
                                                Attorneys for Defendant CITY OF
                                                MODESTO


LOZEAU DRURY LLP

Dated: June 3, 2013
                                         By:    /s/ Doug Chermak as authorized on 6/3/13
                                                Michael Lozeau
                                                Douglas Chermak
                                                Attorneys for Plaintiff California
                                                Sportfishing Protection Alliance


### ORDER

PURSUANT TO THE STIPULATION, the City of Modesto shall file its response to California Sportfishing Protection Alliance's complaint **on or before August 2, 2013**.

IT IS SO ORDERED.

Dated:  **June 4, 2013**                      **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF SERVICE**

2  I hereby certify that a true and correct copy of the foregoing **STIPULATION TO**

3  **EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** will be e-filed on June 3, 2013,

4  and will be automatically served upon counsel of record, all of whom appear to be subscribed to

5  receive notice from the ECF system.

6

                               /s/ Kanwarjit S. Dua
                                 Kanwarjit S. Dua

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28