1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | CASE NO.  1:12-cv-02027-LJO-SKO |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |
| v. | |
| CITY OF MODESTO, a municipality | |
| Defendant. | |

16          **WHEREAS**, the California Sportfishing Protection Alliance (CSPA) filed its complaint

17   (Docket No. 1) in the above-captioned case on December 13, 2013;

18          **WHEREAS**, the City Modesto (City) waived the service of the summons and complaint

19   (Docket No. 11) on April 5, 2013;

20          **WHEREAS**, the deadline for the City's responsive pleading to CSPA's complaint is

21   June 3, 2013;

22          **WHEREAS**, the parties are currently engaged in settlement discussions and are in the

23   process of negotiating specific settlement terms that would resolve this matter in its entirety.

24          **WHEREAS**, the parties agree that an extension of time for the City to respond to CSPA's

25   complaint is in the interests of judicial and financial economy; and

26          **WHEREAS**, there have been no previous extensions of time in this case.

27          **THEREFORE, IT IS HEREBY STIPULATED** by and between CPSA and the City,

28   through their respective counsel of record, that the City shall have an extension of sixty (60) days

1  to and including August 2, 2013, within which to respond to CSPA's complaint.  The parties

2  enter this stipulation pursuant to Civil Local Rule 144.

3

4
                                              SOMACH SIMMONS & DUNN
5                                             A Professional Corporation

6
   Dated:  June 3, 2013                       By:____/s/ Kanwarjit S. Dua as authorized on 6/3/13
7                                                 Kanwarjit S. Dua,
                                                  Attorneys for Defendant CITY OF
8                                                 MODESTO

9

10                                            LOZEAU DRURY LLP

11
   Dated: June 3, 2013
12                                            By:____/s/ Doug Chermak as authorized on 6/3/13
                                                  Michael Lozeau
13                                                Douglas Chermak
                                                  Attorneys for Plaintiff California
14                                                Sportfishing Protection Alliance

15

16

17

18                               **ORDER**

19          PURSUANT TO THE STIPULATION, the City of Modesto shall file its response to

20  California Sportfishing Protection Alliance's complaint **on or before August 2, 2013**.

21

22  IT IS SO ORDERED.

23      Dated:  __**June 4, 2013**__            _____**/s/ Sheila K. Oberto**
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

---
STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; ORDER THEREON                                                        -2-

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that a true and correct copy of the foregoing **STIPULATION TO**

3  **EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** will be e-filed on June 3, 2013,

4  and will be automatically served upon counsel of record, all of whom appear to be subscribed to

5  receive notice from the ECF system.

6                           /s/ Kanwarjit S. Dua
                            Kanwarjit S. Dua
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28