UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF MODESTO, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 12-2027 LJO SKO<br><br>**ORDER FOR STATUS REPORTS**<br>(Doc. 21.) |

Defense counsel filed papers that settlement has been reached. As such, this Court ORDERS the parties, no later than January 6, 2014 and every 45 days thereafter, to file a joint status report to address completion of settlement and concluding this action. The parties will be relieved of this order to file status reports upon the filing of appropriate papers to conclude this action in its entirety.

IT IS SO ORDERED.

Dated:   **November 25, 2013**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1