SOMACH, SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS (SBN: 127920)
Email: psimmons@somachlaw.com
Kanwarjit S. Dua (SBN: 214591)
Email: kdua@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for DEFENDANT CITY OF MODESTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, a municipality<br><br>Defendant. | CASE NO. 1:12-cv-02027-LJO-SKO<br><br>STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; ORDER GRANTING DISMISSAL<br>[FRCP 41(a)(2)]<br><br>Judge: Lawrence J. O'Neill<br>　　　　U.S. District Judge |

WHEREAS, on February 16, 2012, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant City of Modesto ("Modesto") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365 (Docket No. 1).

WHEREAS, on July 11, 2012, CSPA filed its Complaint against Modesto in this Court, *California Sportfishing Protection Alliance v. City of Modesto,* Case No. 1:12-cv-02027-LJO-SKO (Docket No. 1). Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Modesto, through their authorized representatives and without either adjudication of CSPA's claims or admission by Modesto of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement

Agreement") entered into by and between CSPA and Modesto is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement (Docket No. 24).

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims. In accordance with paragraphs 25 and 8 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through May 31, 2017, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: December 24, 2013        Respectfully submitted,

SOMACH SIMMONS & DUNN
A Professional Corporation

By: /s/ *Kanwarjit S. Dua*
    Kanwarjit S. Dua
Attorneys for Defendant CITY OF MODESTO

LOZEAU DRURY LLP

By: /s/ *Douglas J. Chermak (as authorized on 12/24/13)*
    Douglas J. Chermak
Attorneys for Plaintiff California Sportfishing Protection Alliance

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant City of Modesto, as set forth in the Notice and Complaint filed in Case No. 1:12-cv-020270-LJO-SKO, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through May 31, 2017, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit A.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **December 27, 2013**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE